BERTHA SOMMER and Others, Suing for Themselves and for the Benefit of JOHN DOE and MARY ROE and Others Having a Common or General Interest in the Setting Aside of the Assessment Known as " Sewers and Appurtenances Rogers Avenue, Empire Boulevard, Winthrop Street, Maple Street, East 21st Street, Caton Avenue, East 37th Street, Diary 7960 RIO," Appellants, v. THE CITY OF NEW YORK, Respondent.— Order dismissing complaint and judgment entered thereon unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

CHARLES TEN EYCK, as Administrator, etc., of CHARLES TEN EYCK, JR., Deceased, Appellant, v. NEW YORK MARINE COMPANY, Respondent.— Judgment reversed on the facts and a new trial granted, costs to abide the event, on the ground that the verdict of the jury was against the weight of the evidence on the question of the negligence of the defendant in permitting the scow in tow to strike the abutment of the bridge, thereby causing the decedent to be thrown violently from the scow into the river, where he drowned. Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote to affirm.

URBAN WATER SUPPLY COMPANY and CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under the Indenture between DEEP WELL WATER COMPANY and CENTRAL TRUST COMPANY OF NEW YORK, Dated July 1, 1910, Appellants, v. ROSEWATER CONSTRUCTION CORPORATION and Others, Defendants, Impleaded with EDWARD C. ABEL, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion to strike out the amended answer of defendant Edward C. Abel as frivolous and insufficient in law and for judgment on the pleadings against said defendant granted, with ten dollars costs. In our opinion, the respondent, by accepting the deed, assumed and agreed to pay the mortgage debt and is liable for any deficiency, and the failure of the plaintiffs to foreclose for non-payment of the taxes that became due in 1930 and 1931, prior to the default in the payment of interest, did not release respondent from such liability. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

NATHAN WECHSLER, Respondent, v. F. MURPHY STORAGE CORPORATION and SAMUEL HOROWITZ, Appellants; FRANCIS MURPHY, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of NICOL MAIN SANDOE for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of GEORGE R. SHERRIFF for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.